AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MIGUEL ROMERO
a/k/a Julio Marquez-Vasquez

**FILED**  **WARRANT FOR ARREST**

NOV 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 07-523-M-01

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Miguel Romero____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter the United States after having been deported from the United States, without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

[signature]

Signature of Issuing Officer

Title of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

OCT 31 2007   District of Columbia

Date and Location

Bail fixed at $ __Hold__   by __[signature] DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE__
                                        Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED  10/31/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  11/5/07 | D[?] DWM | [signature] |