UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0523M-01 (CR) |
| **MIGUEL ROMERO,** | : | VIOLATION: 8 U.S.C. §1326(a) |
| **also known as Julio Marquez-Vasquez,** | : | (Unlawful Reentry of an Removed Alien) |
| Defendant. | : | |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about September 8, 2007, within the District of Columbia, the defendant, **MIGUEL ROMERO, also known as Julio Marquez-Vasquez**, an alien who had previously been deported, removed, denied admission, and excluded from the United States, was unlawfully present in the United States, having been found in the United States in the District of Columbia, the said defendant not having obtained the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security for admission into the United States.

(**Unlawful Reentry of a Removed Alien,** in violation of Title 8, United States Code, Sections 1326(a))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
TIMOTHY J. KELLY
Assistant United States Attorney
Bar No. 462459
Federal Major Crimes Section
555 4th Street, N.W., Room 4233
Washington, D.C. 20530
(202) 353-8822
Tim.Kelly@usdoj.gov