FILED

DEC 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :   Crim. No. 07-321 (TFH)
         v.                         :
                                    :
MIGUEL ROMERO,                      :
                                    :   VIOLATION: 8 U.S.C. 1326(a)
         Defendant.                 :   (Unlawful Reentry After Deportation)

## STATEMENT OF OFFENSE

On September 5, 1989, under the name Julio Marquez-Vasquez, the defendant Miguel Romero was ordered deported from the United States. On September 19, 1989, a warrant of deportation issued for the defendant. The defendant was deported on September 21, 1989.

On September 8, 2007, the defendant was found to be in the District of Columbia by the Metropolitan Police Department and arrested. He did not have permission of the Attorney General or the Secretary of Homeland Security to return to the United States.

                        JEFFREY A. TAYLOR
                        United States Attorney

               By:      _____
                        TIMOTHY J. KELLY
                        Assistant United States Attorney
                        D.C. Bar # 462459
                        United States Attorneys Office
                        Federal Major Crimes Section
                        555 4th Street, N.W.
                        Washington, D.C.  20530
                        (202) 353-8822
                        Tim.Kelly@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Carlos Vanegas, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11-21-07

*Miguel Romero*
MIGUEL ROMERO
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/21/07

CARLOS VANEGAS, ESQUIRE
Assistant Federal Public Defender
Attorney for Defendant