AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

FILED
DEC 6 - 2007
CLERK U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

MIGUEL ROMERO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-321-TFH

I, _Miguel Romero_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _dec. 6, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

x Miguel Romero
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer